# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carwin Music, Inc., et al., | No. CV07-536-TUC-JCG |
| Plaintiffs, | |
| vs. | **REPORT & RECOMMENDATION** |
| Vagabundo, Inc. et al., | |
| Defendants. | |

Pending before the Court is a stipulation to dismiss filed by the parties on January 18, 2008. (Doc. No. 10.) Plaintiff's Complaint was filed on October 19, 2007. (Doc. No. 1.) Defendants were served on November 19, 2007. (Doc. Nos. 7-9.) This matter was originally assigned to Magistrate Judge Guerin. Although a Magistrate Election form was issued on October 19, 2007, the parties have not appeared or returned the election form. On January 18, 2008, the parties filed a stipulation to dismiss this case with prejudice, each party to bear its own costs and fees. Because the parties have not consented to trial before a magistrate judge, Judge Guerin has prepared a report and recommendation which is now submitted to a District Court Judge chosen by lot under the Clerk's direction – the Honorable Cynthia K. Jorgenson. The Magistrate Judge recommends the District Court, after its independent review of the record, enter an order dismissing the lawsuit without prejudice.

## RECOMMENDATION

Based on the stipulation of the parties, the Magistrate Judge recommends that the District Court, after its independent review of the record, enter an order

DISMISSING WITHOUT PREJUDICE, each party to bear its own costs and fees.

Pursuant to 28 U.S.C. §636(b), any party may serve and file written objections within 10 days after being served with a copy of this Report and Recommendation. If objections are not timely filed, they may be deemed waived. The parties are advised that any objections filed are to be identified with the following case number: **CV07-536-TUC-CKJ.**

DATED this 25th day of January, 2008.

_____
Jennifer C. Guerin
United States Magistrate Judge