IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CARWIN MUSIC, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>VAGABUNDO, INC., et al.,<br><br>        Defendants. | No. CIV 07-536-TUC-CKJ<br><br>**ORDER** |

On January 25, 2008, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. # 11] in which she noted that the parties had submitted a stipulation for dismissal with prejudice and recommended this action be dismissed without prejudice. The Report and Recommendation advised the parties of their right to serve and file written objections within 10 days of service of the Report and Recommendation. No objections to the Report and Recommendation have been filed.

After an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 11] is ADOPTED in part;
2. Pursuant to the stipulation of the parties, this matter is DISMISSED with prejudice.
3. The parties shall each bear their respective costs of court and counsel.
4. The Clerk of the Court shall close its file in this matter.

DATED this 14th day of February, 2008.

_____
Cindy K. Jorgenson
United States District Judge